

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00095-CR

JORDAN ALLEN WESTBROOK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR18-368

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

Appellant Jordan Allen Westbrook has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:     May 20, 2019
Date Decided:       May 21, 2019

Do Not Publish

2